# CV-11 2481

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 2 0 2011 ★

CHAD JOHNSON

Plaintiff

-vs-

Suffolk County, SCPD Headquarters,
Michael Soto, Sean P. Mcquaid,
Sean Comiskey

Defendant(s)

LONG ISLAND OFFICE

REQUEST TO PROCEED
IN FORMA PAUPERIS

SEYBERT, J.

WALL, M.J.

I, _CHAD JOHNSON_____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1.    If you are presently employed:
         a) give the name and address of your employer
         b) state the amount of your earnings per month

_Incarcerated._

2.    If you are **NOT PRESENTLY EMPLOYED:**
         a) state the date of start and termination of your last employment
         b) state your earnings per month.
         **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**
         Incarcerated
_March, 30, 2010 - May, 24, 2010    $430.00_

3.    Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
_Family, $50.00 a month._

         a) Are you receiving any public benefits?          ☒ No  ☐ Yes, $ _____
         b) Do you receive any income from any other source?  ☒ No  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

*No, I have no money any where eles.*

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

*I support no one.*

7. Do you pay for rent or for a mortgage? If so, how much each month?

*No.*

8. State any special financial circumstances which the Court should consider.

*none.*

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: *February 07, 2011*                    *Chad Johnson*
                                                    (signature)

rev. 7/2002