11-CV-2481 (LDH)(SIL)

TO: Clerk's office

From: CHAD . S. Johnson

Sub: Motion to Amend

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 30 2018 ★

LONG ISLAND OFFICE

This is a Motion to Amend (No. 11-CV-2481(JS)(WDW).
Amendment Concerns extras Defendant add to Claim;
As well as Amended & relief plainbiff is Seeking

RECEIVED

JUL 3 0 2018

EDNY PRO SE OFFICE

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     ) ss.:
COUNTY OF DUTCH ESS)

_CHAS. S. Johnson_ , being duly sworn, deposes and says that:

1. That I am over eighteen years of age and a party to this action.

2. That on the _26_ day of _July_ , 20 _18_, I served upon the following party(ies):

Kyle Wood                    Clerk's office
Attorney for                 of 100 Federal plaza
Defendants

A true copy of the annexed:
Motion to Amend, & Copy of Amended Complaint

By depositing the same enclosed in a post paid (Regular Mail/Certified Mail Return Receipt Requested) properly addressed wrapper, in an official depository at the Downstate Correctional Facility, Box F, Fishkill, New York 12524 under the exclusive care and custody of the facility officials, addressed to the above party(ies) that being the address(es) designed for such purposes to be delivered by U.S. Postal Service.

So sworn,

_Chad Johnson_

Sworn to before me this

_26th_ Day of _July_ , 20 _18_ .

_J. Carmichael_
NOTARY PUBLIC

JUANITA CARMICHAEL
Notary Public, State of New York
No. 01CA6122155
Qualified in Dutchess County
Commission Expires Feb. 07, 20 21

F I**AMENDED** COMPLAINT #2

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 30 2018   ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

CHAD SCOTT. JOHNSON

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

ROBERT DOYLE, MICHAEL SOTO,

SEAN COMISKEY, SEAN P.McQuaid,

SUFFOLK COUNTY,Individually and in

Their offical capacities,

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

## CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES __X__    NO _____

**RECEIVED**

JUL 3 0 2018

**EDNY PRO SE OFFIC**

I.    **Parties**: (In item A below, place your name in the first blank and provide your present
address and telephone number.  Do the same for additional plaintiffs, if any.)

A.   **Name of plaintiff** : CHAD JOHNSON

If you are incarcerated, provide the name of the facility and address:

DOWNSTATE CORRECTIONAL FACILITY

Prisoner ID Number: 12-A-0372

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

ROBERT DOYLE
Full Name

RETIRED DETECTIVE SERGEANT
Job Title

_____

_____
Address

Defendant No. 2

MICHAEL SOTO
Full Name

DETECTIVE
Job Title

_____

_____
Address

Defendant No. 3

SEAN COMISKEY
Full Name

DETECTIVE
Job Title

_____

2

Address _____

**Defendant No. 4**        SEAN P. McQuaid _____
Full Name _____

DETECTIVE _____
Job Title _____

_____

_____
Address _____

**Defendant No. 5**        Suffolk County _____
Full Name _____

_____
Job Title _____

_____

_____
Address _____

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Within the County of Suffolk,

at Suffolk County Police Headquarters, located at        yahpank,

Yahpank, NY,

When did the events happen? (include approximate time and date) 12pm, May,24,2010-

untill May,25,2010;3am

_____

Facts: (what happened?)   Each Defendant violated my Constitutional Rights
under United States Fifth (5th), Sixth (6th), Eighth (8th) ,
as well as my Fourthteenth (14th) Right to DUE PROCESS, WHEN
each of the defendants, assulted me; Denied my numerous request
for counsel, & coerced and forced plaintiff in to giving a statement
and forced plaintiff to sign statement.

II.A.   Injuries.     If you are claiming injuries as a result of the events you are complaining
about, describe your injuries and state what medical treatment you required.  Was medical
treatment received?

   Cuts and bruises on my shoulder, neck, right eye, and on the
   right side of my face. Nightmares, extreme headaches.

III.    **Relief:**  State what relief you are seeking if you prevail on your complaint.

Plaintiff seeks relief in the form of permanent injunction requiring

Suffolk County to mandate that all Miranda waviers & Statements be

be recorded.  Plaintiff is also suing for Punitive damages in the

amount of $5,000,000.00 (5 Million); as well as compensatory damages

in the amount of $100,000.00 (100 Thousand) Jointly & Severally

against each defendant.

I declare under penalty of perjury that on _July-26-2018_ I delivered this
(date)

complaint to prison authorities at _Downstate Correction_ to be mailed to the United
(name of prison)

States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _7/26/18_

_Chad Johnson_

Signature of Plaintiff

_Downstate Correctional_

Name of Prison Facility or Address if not incarcerated

WILLIAM R NASTASI
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01NA6290044
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES 10-07-_21_

_Box F_

_Red Schoolhouse Road_

_FishKill, Ny, 12524-0445_

Address

_12A0372_

Prisoner ID#

rev. 12/1/2015

5

CHAD.S. Johnson   Din# 12A-0372

DOWNSTATE CORRECTIONAL FACILITY
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK, 12524-0445

FIRST-CLASS MAIL
NEOPOST
07/26/2018
US POSTAGE $001.21
ZIP 12524
041M11284855

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUL 30 2018
LONG ISLAND OFFICE

ATTENTION: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK, 11722