UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHAD SCOTT. JOHNSON
_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

ROBERT DOYLE, MICHAEL SOTO,

SEAN COMISKEY, SEAN P.McQuaid,

SUFFOLK COUNTY, Individually and in

Their offical capacities,

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

F I **AMENDED** COMPLAINT #2
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 30 2018 ★

LONG ISLAND OFFICE

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES __X__   NO _____

**RECEIVED**

JUL 30 2018

EDNY PRO SE OFFICE

I.  Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

   A. Name of plaintiff  CHAD JOHNSON

   If you are incarcerated, provide the name of the facility and address:

   DOWNSTATE CORRECTIONAL FACILITY

   Prisoner ID Number: 12-A-0372

1

if you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B. **List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

ROBERT DOYLE
Full Name

RETIRED DETECTIVE SERGEANT
Job Title

_____

Address

Defendant No. 2

MICHAEL SOTO
Full Name

DETECTIVE
Job Title

_____

Address

Defendant No. 3

SEAN COMISKEY
Full Name

DETECTIVE
Job Title

2

Address

Defendant No. 4    Full Name: SEAN P. McQuaid

Job Title: DETECTIVE

Address

Defendant No. 5    Full Name: Suffolk County

Job Title:

Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Within the County of Suffolk, at Suffolk County Police Headquarters, located at yahpank, Yahpank, NY,

When did the events happen? (include approximate time and date) 12pm, May,24,2010- untill May,25,2010;3am

3

Facts: (what happened?) Each Defendant violated my Constitutional Rights under United States Fifth (5th), Sixth (6th), Eighth (8th), as well as my Fourthteenth (14th) Right to DUE PROCESS, WHEN each of the defendants, assulted me; Denied my numerous request for counsel, & coerced and forced plaintiff in to giving a statement and forced plaintiff to sign statement.

II.A.  Injuries.   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Cuts and bruises on my shoulder, neck, right eye, and on the right side of my face. Nightmares, extreme headaches.

4

III.     Relief: State what relief you are seeking if you prevail on your complaint.

Plaintiff seeks relief in the form of permanent injunction requiring Suffolk County to mandate that all Miranda waviers & Statements be be recorded. Plaintiff is also suing for Punitive damages in the amount of $5,000,000.00 (5 Million); as well as compensatory damages in the amount of $100,000.00 (100 Thousand) Jointly & Severally against each defendant.

I declare under penalty of perjury that on July-26-2018 I delivered this complaint to prison authorities at Downstate Correction (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/26/18

Signature of Plaintiff: Chad Johnson

WILLIAM R NASTASI
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01NA6290044
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES 10-07-21

Name of Prison Facility or Address if not incarcerated: Downstate Correctional

Address: Box F, Red Schoolhouse Road, Fishkill, NY, 12524-0445

Prisoner ID#: 12A0372

rev. 12/1/2015

5

NEOPOST
07/26/2018
US POSTAGE $001.21⁰
FIRST-CLASS MAIL
ZIP 12524
041M11284855

DOWNSTATE ☆ CORRECTIONAL FACILITY

CHAD S. Johnson Din#12A0372
DOWNSTATE CORRECTIONAL FACILITY
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK, 12524-0445

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
☆ JUL 30 2018 ☆
LONG ISLAND OFFICE

ATTENTION: CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK, 11722