| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br>            U.S. MAGISTRATE JUDGE | DATE: 8/20/18 <br> TIME: 9:30 am |

CASE:  **CV 11-2481(LDH) Johnson v. Suffolk County et al**

TYPE OF CONFERENCE:  TELE-STATUS            FTR: 9:40-9:50

APPEARANCES:
    For Plaintiff: Chad Johnosn (pro se)

    For Defendant: Kyle Wood

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Docket entry [70] has been So Ordered and the original was handed to the County in Court on 8/20/2018.  Docket entry [71] has been granted on consent.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

        10/11/2018 at 10:00 am        : Status conference


                                                SO ORDERED

                                                 /s/Steven I. Locke
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge