| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>　　　　　U.S. MAGISTRATE JUDGE | DATE: 3/26/19<br>TIME: 10:00 am |

CASE:  **CV 11-2481 (LDH) Johnson v. Suffolk County et al**

TYPE OF CONFERENCE: TELE-STATUS　　　　　　　　　FTR: 10:23-10:32

APPEARANCES:
　　　For Plaintiff:　 Chad Johnson (pro se)

　　　For Defendant: Kyle Wood

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [　]
　　　submitted by the parties.

☐　　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
　　　The action will be tried in accordance with the discretion and the trial calendar of the
　　　District Judge.

☒　　Other:　Status conference held. Discovery has been marked closed.


　　　　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge