# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                                    ss:
COUNTY OF DUTCHESS )

I, __CHAD Johnson__, being duly sworn deposes and says that : on the below indicated date of notarization, I served a true copy of:

__Motion for Time enlargement__

on the following parties:

__Defendants/Stacy A. Skorupa__
__100 Veterans Memorial Hwy__
__Hauppauge, New York, 11788__

by placing said documents in a properly addressed envelope with postage prepaid and placing said envelope in the prison mailbox located at Downstate Correctional Facility.

Dated: __June 22__, 20__20__

Respectfully Submitted,

__Chad Johnson__

Sworn to before me on this

__22nd__ day of __JUNE__ 20__20__

__J. Carmichael__
*Notary Public*



JUANITA CARMICHAEL
Notary Public, State of New York
No. 01CA6122155
Qualified in Dutchess County
Commission Expires Feb. 07, 20__21__

Hon. LaShann DeAcry Hall, U.S.D.J                                   Motion For Enlargement
United States District Court                                        Of Time To File
Eastern District Of New York                                        Opposition
225 Cadman Plaza East
Brooklyn, New York 11201


Re: Johnson V. County Of Suffolk, et al


Dear, Judge DeArcy Hall,

   Plaintiff respectfully ask the court for an enlagement of time to file motion in opposition, plaintiff needs a 7 day enlargement which will make the new deadline to file opposition June,30,2020.

   Plaintiff is just waiting for his work pay so that he will be able to pay for the postage delivery.


Dated: June,19,2020                                                 Respectfully,
                                                                    CHAD JOHNSON

                                                                    Chad Johnson