CHAD S. JOHNSON DIN: 12A0372
EASTERN NY CORRECTIONAL FACILITY
Napanoch, NY 12458-0338

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 26 2022 ★

LONG ISLAND OFFICE

To: Clerk's Office

Date: May/23/2022

Re: Johnson v. Suffolk County at el. 11-cv-02481 (LDH) (SIL)

To whom this may concern,

I am writing to the Clerk's Office to inquire about the following:

1) Did the clerk's office received the amended complaint attached to (docket 71) which was granted by Magistrate Judge Steven I. Locke (docket 73); if not the amended complaint will be attached to this letter for filing as attachment (A).

2) Whether the clerk's office received and filed my motion for appointment of counsel & Affirmation Of Service which is dated January/20/2022 and mailed to Brooklyn's Eastern District Clerk's office; a copy of the motion will be attached to this letter for filing as attachment (B).

3) If either Attachment (A) or (B) has already have been received and/or filed please disregard such attachment.

4) Could the Clerk's office please inform me which Eastern District this case is currently in Brooklyn or Central Islip Location. In which to File Motions in this case.

5) May I please receive an up to date print out of the docket sheet pertaining to "Johnson v. Suffolk County at el. 11-cv-02481 (LDH) (SIL)".

Respectfully,
Chad S. Johnson

Attachment

(A)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHAD SCOTT. JOHNSON

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

ROBERT DOYLE, MICHAEL SOTO,

SEAN COMISKEY, SEAN P.McQuaid,

SUFFOLK COUNTY,Individually and in

Their offical capacities,

_____

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES___X___   NO _____

I.    **Parties**:  (In item A below, place your name in the first blank and provide your present
address and telephone number.  Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff __CHAD JOHNSON_____

If you are incarcerated, provide the name of the facility and address:

DOWNSTATE CORRECTIONAL FACILITY_____

_____

_____

Prisoner ID Number: ___12-A-0372_____

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1    ROBERT DOYLE
                   Full Name

                   RETIRED DETECTIVE SERGEANT
                   Job Title

                   _____

                   _____
                   Address

Defendant No. 2    MICHAEL SOTO
                   Full Name

                   DETECTIVE
                   Job Title

                   _____

                   _____
                   Address

Defendant No. 3    SEAN COMISKEY
                   Full Name

                   DETECTIVE
                   Job Title

                   _____

2

Address

Defendant No. 4      SEAN P. McQuaid
Full Name

DETECTIVE
Job Title

Address

Defendant No. 5      Suffolk County
Full Name

Job Title

Address

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? Within the County of Suffolk,
at Suffolk County Police Headquarters, located at     yahpank.
Yahpank, NY,

When did the events happen? (include approximate time and date) 12pm, May,24,2010-
untill May,25,2010;3am

3

Facts: (what happened?)   Each Defendant violated my Constitutional Rights

under United States Fifth (5th), Sixth (6th), Eighth (8th) ,

as well as my Fourthteenth (14th) Right to DUE PROCESS. WHEN

each of the defendants, assulted me; Denied my numerous request

for counsel, & coerced and forced plaintiff in to giving a statement

and forced plaintiff to sign statement.

II.A.    Injuries.     If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

Cuts and bruises on my shoulder, neck, right eye, and on the

right side of my face. Nightmares, extreme headaches.

4

_____

_____

_____

III.    **Relief:** State what relief you are seeking if you prevail on your complaint.

Plaintiff seeks relief in the form of permanent injunction requiring

Suffolk County to mandate that all Miranda waviers & Statements be

be recorded.  Plaintiff is also suing for Punitive damages in the

amount of $5,000,000.00 (5 Million); as well as compensatory damages

in the amount of $100,000.00 (100 Thousand) Jointly & Severally

against each defendant.

_____

I declare under penalty of perjury that on _____, I delivered this
                                                    (date)
complaint to prison authorities at _____ to be mailed to the United
                                              (name of prison)
States District Court for the Eastern District of New York.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: _7/26/18_            _Chad Johnson_____
                            Signature of Plaintiff


                            _____
                            Name of Prison Facility or Address if not incarcerated

**WILLIAM R. NASTASI**
NOTARY PUBLIC, STATE OF NEW YORK
REG. NO. 01NA6290044         _____
QUALIFIED IN DUTCHESS COUNTY
COMMISSION EXPIRES 10-07- _21_  _____

                            _____
                            Address

                            _____
                            Prisoner ID#

                                                    rev. 12/1/2015

5

Attachment

(B)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHAD S. JOHNSON

              Plaintiff,        AFFIRMATION
                                  OF SERVICE

       V.

SUFFOLK COUNTY, et al.,

              Defendants.      11-CV-2481-(LDH)(SIL)

- - - - - - - - - - - - - - - - - - - -

I CHAD. S. JOHNSON, declare under penalty of perjury

that I served a copy of the attached Motion For Appointment

of Counsel upon the defendants attorney:

    Stacy Ann Skorupa
    Suffolk County Department of Law
    H. Lee Dennison Building
    100 Veterans Memorial Highway
    Hauppauge, NY 11788

by way of U.S Postal Mail box here at Eastern NY

Correctional Facility.

Date: January 20. 2022

                              Chad Johnson
                              CHAD JOHNSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK.

CHAD S. JOHNSON,

              Plaintiff,

         v.

SUFFOLK COUNTY, et al.,

– – – – – – – – – – – – – Defendants.

MOTION FOR
APPOINTMENT
OF COUNSEL

11-CV-2481 (LDH)(SIL)

     Pursuant to 28 U.S.C. 1915(e)(1) Plaintiff moves for an order appointing Counsel to represent him in this case. In support of this Motion, Plaintiff states:

1. Plaintiff is unable to afford Counsel. He has requested and was granted leave to proceed in Forma Pauperis when Filing this civil action.

2. Plaintiff's imprisonment greatly limits his ability to litigate. The issues involved in this case will require significant investigation as well as locating witnesses.

3. A trial in this case will likely invole conflicting testimony, and Counsel would better enable Plaintiff to present evidence and cross examine witnesses.

(1)

4. Plaintiff has made repeated efforts to obtain Counsel, plaintiff has written letters to:

    (A) Bruce A. Barket Esq
       666 Old County Road
       Suite 700, Garden City, NY 11530

    (B) Steven MetCalf
       11 Broadway Suite 615
       New York, NY 10004

    (C) Micheal Diamond
       320 Carleton Ave
       Central Islip, NY, 11772

Seeking representation to no avil.

WHEREFORE, plaintiff prays that the Court appoints Counsel in this case to ~~assist~~ assist plaintiff.

Date: January · 20 · 2022

Respectfully,
Chad Johnson
CHAD JOHNSON

(2)

NEOPOST
05/24/2022
US POSTAGE $001.16
ZIP 1
041M11

EASTERN     CORRECTIONAL FACILITY

EASTERN NY Correction Facility

Box 336

Napanoch, NY 12458-0338

Name: CHAD S JOHNSON     Din: 12A-0372

U S M S

Att: Clerk's Office
United States District Court
Eastern District of New York
100 FEDERAL PLAZA
Central Islip, NY 11722-9014