UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAD S. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SUFFOLK COUNTY, SCPD HEADQUARTERS, SEAN COMISKEY, MICHAEL SOTO, AND SEAN P. MCQUAID,<br><br>    Defendants. | NOTICE OF APPEARANCE<br><br>Index No. 11-cv-02481 (LDH) (SIL) |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: CHAD S. JOHNSON.

Dated:  New York, New York
        November 11, 2022

Rickner PLLC

By:          /s/

Rob Rickner

14 Wall Street, Suite 1603
New York, New York 10005
Phone: (212) 300-6506
Fax: (888) 390-5401
*Attorney for Plaintiff*

Served via ECF on:
All Parties of Record