| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 7/15/24<br>TIME: 2:00 pm |

**CASE:** CV 11-2481(LDH) Johnson v. Suffolk County et al
**TYPE OF CONFERENCE:** FINAL PRETRIAL         **FTR:** 2:03-2:11

**APPEARANCES:**
   For Plaintiff:   Robert Rickner

   For Defendant: Stacy Skroupa

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Final Pretrial conference held. Motions in limine will be served on September 13, 2024. Opposition will be served on September 27, 2024. Replies will be served and all papers will be filed on October 4, 2024 with a courtesy copy of all papers sent to the Court by overnight courier. Proposed voir dire and jury charge will be filed on November 21, 2024, also with a courtesy copy to chambers.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   __1/13/25 at 9:30 am__ : Jury Selection and Trial

**Courtroom Deputy E-Mail:** Kristin_Gandiosi@nyed.uscourts.gov

                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge