UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHAD S. JOHNSON,

                Plaintiff,

v.

SUFFOLK COUNTY, et al.

                Defendants.

**NOTICE OF MOTION FOR PLAINTIFF'S MOTIONS *IN LIMINE***

Case No. 11-cv-2481

    **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, dated September 13, 2024, and all pleadings and proceeding previously had herein, Plaintiff Chad Johnson will move this Court before the Honorable Steven I. Locke, United States District Court Judge at a date and time to be determined by the Court to issue the following *in limine* rulings:

1) Excluding all evidence regarding the underlying murder investigation;

2) Limiting impeachment evidence to avoid undue prejudice;

3) Permitting Plaintiff to appear before the jury in street clothes and without restraints, and;

4) Precluding Defendants from implying that they will be required to pay any judgment against them.

    **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served in accordance with the Local Rules or the Individual Practices of the Honorable Steven I. Locke.

Dated: New York, New York
September 13, 2024

Rickner PLLC

By: _____
Sara Wolkensdorfer

14 Wall Street, Suite 1603
New York, New York 10005
Phone: (212) 300-6506
Fax: (888) 390-5401
*Attorney for Plaintiff*

To: Suffolk County Attorney's Office
Stacy A. Skorupa
100 Veterans Memorial Highway
Hauppauge, New York 11788
*Attorney for Defendants*

2