**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

September 25, 2024

Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Johnson v. Suffolk County, et al.*
             11-cv-2481(SIL)

Dear Judge Locke:

As the Court is aware, this Office represents Defendants in the above-captioned matter. Plaintiff is represented by Rob Rickner and Sara Wolkensdorfer of Rickner PLLC. The parties are in receipt of the Court's Order dated July 15, 2024 which, *inter alia*, set a briefing schedule for motions in limine for the trial of this matter which is set to commence before the Court on January 13, 2025. The undersigned is in receipt of Plaintiff's motion, which was filed on ECF on September 13, 2024 [DE 129]. The current deadline for Defendants' opposition is September 27, 2024 with Plaintiff's reply due thereafter on October 4, 2024 and courtesy copy due via overnight mail to the Court once the papers are filed with the Court by Plaintiff's Counsel pursuant to the Court's bundle rule.

The undersigned writes at this time to respectfully request, with Mr. Rickner's consent, a thirty-day extension of Defendants' deadline to serve their opposition on Plaintiff to October 25, 2024. The reason for this requested extension is that one of the younger attorneys in this office, Leland Solon, was recently assigned to second-seat me on this matter and will be handling the opposition to Plaintiff's motion in limine, given my schedule. As the Court can see from a review of the docket, Mr. Solon entered a notice of appearance in this matter on September 12, 2024 [DE 128], one day before Plaintiff's motion in limine was filed. As this case is now thirteen years old and arises from a fourteen year-old murder case, this additional time will allow for Mr. Solon to acclimate himself with the file and effectively respond to the motion with guidance from the undersigned given both his and my upcoming schedules and caseload otherwise.

Based on the foregoing, Defendants respectfully request, on consent of Mr. Rickner, that their deadline to serve Plaintiff with their opposition to his motion in limine be extended to October 25, 2024 with Plaintiff's reply and the fully-bundled motion being due to the Court thereafter on November 8, 2024 (a date requested by Mr. Rickner).

LOCATION                                       MAILING ADDRESS
H. LEE DENNISON BLDG.               P.O. BOX 6100                                    (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY  ♦  HAUPPAUGE, NY  11788-0099  ♦  TELECOPIER (631) 853-5169

There have been no previous requests for an extension of this deadline. As trial is not scheduled for more than 3 ½ months, this will not impact any other deadlines in the Court's prior scheduling orders.

We thank the Court in advance for its anticipated consideration of this request.

Very truly yours,

Christopher J. Clayton
County Attorney
*/s/ Stacy A. Skorupa*
By: Stacy A. Skorupa
Assistant County Attorney

LOCATION  
H. LEE DENNISON BLDG.  
100 VETERANS MEMORIAL HIGHWAY  ♦

MAILING ADDRESS  
P.O. BOX 6100  
HAUPPAUGE, NY  11788-0099  ♦

(631) 853-4049  
TELECOPIER (631) 853-5169