**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**                                                  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

October 25, 2024

**VIA E-MAIL**
Rickner PLLC
14 Wall Street
Suite 1603
New York, NY 10005
rob@ricknerpllc.com
Sara@ricknerpllc.com
stephanie@ricknerpllc.com

       Re:    *Johnson v. County of Suffolk, et al.*
                   11-cv-02481(SIL)

Dear Counselors:

This Office represents Defendants in the above-captioned matter. Enclosed please find Defendants' partial opposition to Plaintiff's motions *in limine* dated September 13, 2024 [DE 129] comprised of the following:

- Defendants' Memorandum of Law in Partial Opposition to Plaintiff's Motions *In Limine*; and
- Declaration of the undersigned dated October 25, 2024 with referenced exhibits A and B.

Based on the Court's bundling rule which requires you as the moving party to file all motion papers once the motion is fully briefed and serve the Court with one courtesy copy of all papers with ECF headers once filed, only a copy of this cover letter is being filed today.

Thank you.

Very truly yours,

CHRISTOPHER J. CLAYTON
Suffolk County Attorney

*/s/ Stacy A. Skorupa*
By: Stacy A. Skorupa
Assistant County Attorney

CC: Hon. Steven I. Locke, U.S.M.J. (cover letter only)

**LOCATION**                                **MAILING ADDRESS**
**H. LEE DENNISON BLDG.**                        **P.O. BOX 6100**                                                 **(631) 853-4049**
**100 VETERANS MEMORIAL HIGHWAY**  ♦   **HAUPPAUGE, NY 11788-0099**   ♦   **TELECOPIER (631) 853-5169**