# Rickner PLLC

Sara Wolkensdorfer | sara@ricknerpllc.com

January 3, 2025

**<u>Via ECF</u>**
Steven I. Locke
U.S. Magistrate Judge
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

      Re:    *Johnson v. Suffolk County, et al.*, 11-cv-2481

Dear Judge Locke:

We represent the Plaintiff Chad Johnson in the above-captioned matter and respectfully write to request an Order requiring the U.S. Marshals Service to serve the Writ of Habeas Corpus Ad Testificandum (ECF No. 140) on Coxsackie Correctional Facility to ensure Plaintiff's attendance at the trial.

Plaintiff's counsel has attempted to serve the Writ on both Coxsackie Correctional Facility, where Plaintiff is located, and the Department of Corrections and Community Supervision Legal Department, both of whom have refused service. I spoke with multiple individuals at the facility—via phone and email—who indicated that the facility can only accept serve through the Court or the U.S. Marshal. Yesterday, I called the Department of Corrections and Community Supervision Legal Department, Office of Classification and Movement, who confirmed this.

As such, Plaintiff writes to respectfully request that the Court issue an Order requiring the U.S. Marshal to serve the Writ of Habeas Corpus Ad Testificandum on Coxsackie Correctional Facility.

We thank the Court for its time and attention to this matter.

Respectfully,

Sara Wolkensdorfer