| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE:  1/7/25<br>TIME:   11:15 am |

CASE:  **CV 11-2481(SIL) Johnson v. Suffolk County et al**
TYPE OF CONFERENCE:   MOTIONS IN LIMINE         FTR: 11:19-1:29
APPEARANCES:
    For Plaintiff:   Sara Wolkensdorfer, Stephanie Panousieris and Robert Rickner

    For Defendant: Stacy Skroupa

**THE FOLLOWING RULINGS WERE MADE:**
☒    Order: Oral argument held. The court has granted and denied the parties motions in limine, DE [129] for the reasons set forth on the record.

**COURT APPEARANCES:**
The jury selection and trial will be held in courtroom 820 of the Central Islip courthouse on January 13, 2025 at 9:30 am.


                                                            SO ORDERED

                                                             /s/Steven I. Locke
                                                            STEVEN I. LOCKE
                                                            United States Magistrate Judge