## CIVIL CAUSE FOR JURY TRIAL

BEFORE: STEVEN I. LOCKE, U.S.M.J.
DATE: 1/22/2025                                                                      TIME:   8:30   am ( 8.5 hours)
**CASE: CV 11-2481(SIL) Johnson v. Sean Comiskey et al**

APPEARANCES:        For Plaintiff:  Sara J. Wolkensdorfer, Stephanie Panousieris and Robert Rickner
                                    For Defendant: Stacy Skroupa
COURT REPORTER:  D. Parisi

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☒ All 8 jurors present.
- ☒ Jurors continue deliberations.
- ☒ Jury finds in favor of **DEFENDANTS.**

- ☐ Trial continued to __ at  9:30  am.

- ☒ Order: Juror number 8 excused for the reasons set forth on the record. Post-trial motions due on or before 1/31/2025.